

# Fourth Court of Appeals
## San Antonio, Texas
October 30, 2015

No. 04-15-00207-CR and 04-15-00208-CR

Jessica G. **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 458109 and 458110
Honorable Jason Garrahan, Judge Presiding

## O R D E R

Appellant filed motions asking this court to lift the stay of sentencing so she may begin probation on these cases – as well as a third case – immediately, despite the pending appeals. We ordered the State to file a response, which it has done. In its response, the State notes that by lifting the sentencing stays, appellant's terms of probation will begin immediately, requiring appellant to write an apology letter, a letter that is the subject of one of her appellate complaints. We **ORDER** appellant to file a written reply to the State's response and file it in this court on or before November 20, 2015, specifically as to the effect an order lifting the automatic stays would have on appellant's issue regarding the apology letter. In addition to responding to the State's arguments, appellant should provide argument and authority on whether her request to lift the stay of the appeals waives her issue relating to the apology letter, as well as any other potential effect.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court